**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MARIA GABRIEL,

          Petitioner

          v.

ARMANDO AGUSTIN AGUSTIN,

          Respondent

: No. 238 MAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.